UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 5:18-cv-00391-DCR

JEREMY CALDER                                                          PLAINTIFF

v.

MADISON COUNTY FISCAL COURT, et al.                                    DEFENDANTS

---

### AGREED ORDER OF DISMISSAL

---

By agreement of the parties, Plaintiff, Jeremy Calder, and Defendants, the Madison County Fiscal Court and Madison County Jailer Doug Thomas, Deputy Jailer Tom Jones, Deputy Jailer Greg Evans, Deputy Jailer Tyler Winkler, and Deputy Jailer Jeff Roberts, each in their individual and official capacities; the parties having notified the Court that this matter has been resolved, and the Court being sufficiently advised, it is HEREBY ORDERED that this action, including all claims asserted in the Complaint, is DISMISSED WITH PREJUDICE, with each party paying its own costs and attorneys' fees associated herewith.

HAVE SEEN AND AGREED TO:


/s/ D. Barry Stilz_____
D. Barry Stilz
Lynn Sowards Zellen
KINKEAD & STILZ, PLLC
301 East Main Street, Suite 800
Lexington, KY   40507
bstilz@ksattorneys.com
lzellen@ksattorneys.com
Telephone:  (859) 296-2300
Facsimile:  (859) 296-2566

*Counsel for Defendants*


/s/ Edward E. Dove_____
Edward E. Dove
300 Lexington Building
201 West Short Street
Lexington, KY 40507
eddove@windstream.net
Telephone:  (859) 252-0020
Facsimile:  (859) 258-9288

/s/ Albert B. McQueen_____
Albert B. McQueen
Wilson & McQueen
309 North Broadway
Lexington, KY 40508
abmcqueen@wmkylaw.com
Telephone:  (859) 253-2373

*Counsel for Plaintiff*

2